FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
JOHN M. ORR, ESQ.
Nevada Bar No. 14251
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fispherphillips.com
E-Mail Address: jorr@fisherphillips.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY GLEASON, an individual; | Case No: 2:23-cv-01514-RFB-EYJ |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| JONES HENDERSON ACQUISITION, LLC d/b/a MERCEDES-BENZ OF HENDERSON, a Domestic Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the Parties' counsel of record that Defendant JONES HENDERSON ACQUISITION, LLC d/b/a MERCEDES-BENZ OF HENDERSON ("Defendant") will have an extension of time, up to and including November 10, 2023, to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

///

///

///

///

///

///

FP 48697753.1

- 1 -

| DATED this 7th day of November, 2023. | DATED this 7th day of November, 2023. |
|---|---|
| HATFIELD & ASSOCIATES, LTD.. | FISHER & PHILLIPS LLP |
| By: *Trevor J. Hatfield, Esq.*<br>TREVOR J. HATFIELD, ESQ.<br>703 S. Eighth St.<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff* | By:  *John M. Orr, Esq.*<br>MARK J. RICCIARDI, ESQ.<br>JOHN M. ORR, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED:  November 7, 2023

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

FP 48697753.1