TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY GLEASON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>JONES HENDERSON ACQUISITION, LLC d/b/a MERCEDES-BENZ OF HENDERSON, a Domestic Corporation;<br><br>Defendants. | CASE NO: 2:23-cv-01514-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY DISCOVERY**<br>**(First Request)** |

COMES NOW, Plaintiff TIMOTHY GLEASON ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., and Defendant JONES HENDERSON ACQUISITION, LLC d/b/a MERCEDES-BENZ OF HENDERSON, (hereinafter "Defendant") by and through their counsel, and hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant's Motion to Compel Arbitration and Stay Discovery ECF #10 from November 24, 2023 to December 1, 2023. This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion ECF #10 ("Motion").

Good cause exists for this extension. Plaintiff's counsel has not had an opportunity to review the Motion with his client to determine whether Plaintiff signed any agreement to

arbitrate the claims of this action with Defendant, and Plaintiff's counsel will be on holiday at the time any response to the Motion is due.

Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including December 1, 2023, to respond to Defendant's Motion.

DATED this 22nd day of November, 2023

**HATFIELD & ASSOCIATES**

By: */s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

DATED this 22nd day of November, 2023

**FISHER & PHILLIPS LLP**

By: _____
MARK J. RICCIARDI, ESQ.
JOHN M. ORR, ESQ.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2023

- 2 -