FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
JOHN M. ORR, ESQ.
Nevada Bar No. 14251
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fispherphillips.com
E-Mail Address: jorr@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY GLEASON, an individual; | Case No: 2:23-cv-01514-RFB-EYJ |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AND REFER PLAINTIFF'S CLAIMS TO BINDING ARBITRAITON** |
| vs. | |
| JONES HENDERSON ACQUISITION, LLC d/b/a MERCEDES-BENZ OF HENDERSON, a Domestic Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the Parties' counsel of record that Plaintiff TIMOTHY GLEASON ("Plaintiff") and Defendant JONES HENDERSON ACQUISITION, LLC d/b/a MERCEDES-BENZ OF HENDERSON ("Defendant") as follows:

WHEREAS, Plaintiff filed his Complaint [ECF No. 1] on September 26, 2023, asserting claims against Defendant for age discrimination under the Age Discrimination and Employment Act of 1976, 29 U.S.C. § 623 *et seq*, and NRS § 613.330 *et seq*.

WHEREAS, Defendant filed a Motion to Compel Arbitration and to Stay Discovery on November 10, 2022 [ECF No. 10], pursuant to an arbitration agreement (the "Agreement") that Plaintiff signed at the commencement of his employment with Defendant.

1   WHEREAS, the Parties agree that all the claims asserted in Plaintiff's
2   Complaint arise out of his employment with Defendant.

3   WHEREAS, the Parties agree that the Agreement is valid and enforceable.

4   THEREFORE, it is hereby stipulated and agreed to by the Parties as follows:

5   That Plaintiff's Complaint be dismissed without prejudice with each party to
6   bear its own fees and costs;

7   That all pending motions, discovery deadlines, or pending matters be vacated;

8   That Plaintiff's claims against Defendant be submitted to binding arbitration
9   consistent with the terms of the Agreement;

10  That for purposes of this arbitration only, provided Plaintiff initiates the
11  arbitration within the next 30 days of the date of the Court's order dismissing this action
12  without prejudice, Defendant will not assert any statute of limitations defense based on
13  the delay between the filing of this complaint and the initiation of the arbitration.
14  Defendant does not waive any statute of limitations or other defenses it has or may have
15  to the claims asserted in the complaint in this action based on the filing date of the
16  action.

| DATED this 13th day of December, 2023 | DATED this 13th day of December, 2023 |
|---|---|
| HATFIELD & ASSOCIATES, LTD.. | FISHER & PHILLIPS LLP |
| By: *Trevor J. Hatfield, Esq.*<br>TREVOR J. HATFIELD, ESQ.<br>703 S. Eighth St.<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff* | By:  *John M. Orr, Esq.*<br>MARK J. RICCIARDI, ESQ.<br>JOHN M. ORR, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* |

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 49054267.1

- 2 -

**ORDER**

IT IS SO ORDERED.

**DATED:** December 14, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE